1012

[Nos. 60308-6-I; 60323-0-I.   Division One.   March 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMIE LLOYD WALLIN, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. FLORENA AURELIA ROMERO, *Appellant*.

Appeals from judgments of the Superior Court for Snohomish County, Nos. 06-1-02094-9 and 06-1-02569-0, Michael T. Downes, J., entered June 29, 2007. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Becker and Appelwick, JJ.

[No. 60352-3-I.   Division One.   March 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN J. KRIER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-15347-1, James D. Cayce, J., entered June 25, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60753-7-I.   Division One.   March 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK D. KING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-02326-3, George T. Mattson, J., entered October 8, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 61056-2-I.   Division One.   March 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RICARDO SANDOVAL, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 06-1-01667-2, Steven J. Mura, J., entered December 13, 2007. *Affirmed* by unpublished per curiam opinion.